FRANK E. BAKER and Others v. EDNA V. O'BRIEN, Impleaded with MARIE C. HASSLER, Also Known as MARIE T. BRIDGES.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for

a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.